IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00253-WYD-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GERALD E. KIMMELL;
EVELYN R. KIMMELL;
HIGH PLAINS ELECTRICAL CONTRACTING;
WOLFENGANG, LLC;
STATE OF COLORADO;
DEPARTMENT OF REVENUE,

    Defendants.

## ORDER

Pursuant to the Disclaimer of Interest and Stipulation of Dismissal as to Defendant High Plains Electrical Contracting (filed March 25, 2008), it is

ORDERED that the Stipulation of Dismissal as to Defendant High Plains Electrical Contracting is **APPROVED**, and Defendant High Plains Electrical Contracting is **DISMISSED WITHOUT PREJUDICE** from this case.

Dated this 2nd day of April, 2008.

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                WILEY Y. DANIEL,
                                United States District Judge