IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00253-WYD-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GERALD E. KIMMELL,
EVELYN R. KIMMELL,
HIGH PLAINS ELECTRICAL CONTRACTING,
WOLFENGANG, LLC,
STATE OF COLORADO, and
DEPARTMENT OF REVENUE,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff **United States' Unopposed Motion to Vacate Settlement Conference and Remaining Scheduling Order Dates** [Docket No. 29; Filed August 25, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Settlement Conference set for September 22, 2008 at 1:30 p.m. is **vacated**.

    IT IS FURTHER **ORDERED** that the deadlines set forth in the Scheduling Order [Docket No. 21] are **vacated**.

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for January 26, 2009 at 9:30 a.m. is converted to a Status Conference. On or before **January 20, 2009**, the parties shall file a joint Status Report which addresses the status of the case and any outstanding issues which impact the parties' ability to proceed with this case.

Dated: August 26, 2008