IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00253-WYD-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GERALD E. KIMMELL,
EVELYN R. KIMMELL,
HIGH PLAINS ELECTRICAL CONTRACTING,
WOLFENGANG, LLC,
STATE OF COLORADO, and
DEPARTMENT OF REVENUE,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants [Gerald E. Kimmel and Evelyn R. Kimmell's] Motion for Leave to Attend Status Conference Telephonically** [Docket No. 42; Filed Janaury 8, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court previously granted leave for Plaintiff's counsel to appear telephonically [Docket No. 41]. Because the Court does not have the technical capability to transfer multiple telephone lines into the courtroom, counsel for Plaintiff shall set up a conference call for the parties appearing by telephone and those parties shall contact Chambers on a single line at **(303) 335-2770** to participate.

Dated: January 8, 2009