IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00253-WYD-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GERALD E. KIMMELL,
EVELYN R. KIMMELL,
HIGH PLAINS ELECTRICAL CONTRACTING,
WOLFENGANG, LLC,
STATE OF COLORADO, and
DEPARTMENT OF REVENUE,

    Defendants.
_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Vacate Dispositive Motion Deadline** [Docket No. 47; Filed July 1, 2009] (the "Motion").  The parties inform the Court that they are attempting to reach a settlement, but need additional time to do so without the necessity of drafting dispositive motions.  While the parties request that the Court vacate the dispositive motions deadline outright, it is not the Court's practice to indefinitely suspend case deadlines.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED** with modification.  The dispositive motions deadline is extended to **November 15, 2009**.

    IT IS FURTHER **ORDERED** that, per the parties' request, a telephonic status conference is set for **October 1, 2009 at 10:00 a.m. MST**.  On the date and time of the conference, the parties shall conference together on a single telephone line and contact Chambers at **(303) 335-2770** to participate.

Dated:  July 1, 2009