IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00253-WYD-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GERALD E. KIMMELL;
EVELYN  R. KIMMELL;
HIGH PLAINS ELECTRICAL CONTRACTING;
WOLFENGANG, LLC;
STATE OF COLORADO,
DEPARTMENT OF REVENUE,

    Defendants.

---

**ORDER FOR ENTRY OF PARTIAL JUDGMENT**

---

    THIS MATTER comes before the Court on the United States of America ("United States") and Gerald E. Kimmell's Stipulation for Entry of Judgment Against Gerald E. Kimmell (Doc. # 52).  The Stipulation consents and stipulates to the entry of judgment in favor of the United States and against Gerald E. Kimmell on the First Claim for Relief of the First Amended Complaint in the amount of $543,983.77 plus interest thereon as provided by 28 U.S.C. § 1961(c) and 26 U.S.C. § 6621 from August 31, 2007.  The Court, having reviewed the Stipulation and being fully advised in the premises,

    ORDERS that the Stipulation to Entry of Judgment Against Gerald E. Kimmell is **APPROVED**.  Judgment shall be entered in favor of the United States and against Gerald E. Kimmell on the First Claim for Relief of the First Amended Complaint in the

amount of Five-hundred-forty-three Thousand Nine Hundred-eighty-three Dollars and Seventy-seven Cents ($543,983.77) plus interest from August 31, 2007 as provided by 28 U.S.C. § 1961(c) and 26 U.S.C. § 6621.  It is

FURTHER ORDERED that the Second Claim for Relief remains pending.

Dated:  December 3, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge