IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00253-WYD-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GERALD E. KIMMELL, et al.,

    Defendants.

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED that Judgment having been entered in favor of the United States as to the First Claim for Relief ("To Reduce Tax Assessments Against Gerald Kimmell to Judgment") and the Second Claim for Relief ("Foreclose Federal Tax Liens Against the Subject Property") of the United States' Amended Complaint [Docket No. 23], and the sale of the Subject Property Confirmed by this Court pursuant to 28 U.S.C. §§ 2001-2002 [Docket No. 59], the instant action is hereby **DISMISSED WITH PREJUDICE**. The United States shall submit an application and bill of costs with the Clerk of Court within 14 days of entry of this Order pursuant to D.C.COLO.LCivR 54.1.

    Dated: March 30, 2010

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge